UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DISTRICT (CINCINNATI)

| | |
|---|---|
| **KOSURU ASSOCIATES, LLC, ET AL.,** | Case No: 1:23-CV-782 |
| **PLAINTIFFS,** | |
| -vs.- | **Judge: Jeffery P. Hopkins** |
| **FRANKENMUTH MUTUAL INSURANCE COMPANY** | |
| **DEFENDANT.** | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Kosuru Associates, LLC and Kosuru Properties, LLC and Defendant Frankenmuth Mutual Insurance Company, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of all claims in this action with prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close out this case.


/s/ Johanna Hutchins
_____
Johanna Hutchins
Law Offices of Blake R. Maislin, LLC
Maislin Professional Center
 2306 Park Avenue
Cincinnati OH 45206
Ph: 513-444-4444 xt 130
jhutchins@maislinlaw.com
*Attorney for Plaintiffs*

/s/ Scott Sheets
_____
Samuel M. Pipino
Scott Sheets
ISAAC, WILES & BURKHOLDER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
 spipino@isaacwiles.com
ssheets@isaacwiles.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 11, 2024, I electronically filed the foregoing with the Clerk of Courts for the United States District Court, Southern District of Ohio, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                */s/ Johanna Hutchins*
                Johanna Hutchins (0069759)